Vacating rules. See *Hildreth* v. *Harvey*, 2 Johns. Cas. 221.

THE court, consisting of only LIVINGSTON and TOMPKINS, Justices, said, very slight grounds would be sufficient to induce them to refuse vacating a rule, granted on argument, in full court.

MUMFORD AND MUMFORD *against* THE COLUMBIAN INSURANCE COMPANY.

Motion for judgment as in case of nonsuit must be in the next term after the neglect.

IT was ruled, that judgment as in case of nonsuit for not proceeding to trial, must be moved for the next term after

the *laches*, and the practice, according to the case of *Brandt* v. *Buckhout*, vol. 1, p. 113, was now confirmed.

N. B.—*Sanford* (United States Attorney) mentioned, that by the words of the act it might be moved for " at any time." But the court paid no attention to the remark.